# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SEUNG PAIK, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-2513 |
| | § | |
| RICHARD A. FAIR, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Defendants' unopposed motion to stay (Dkt. 10) is GRANTED. It is therefore ORDERED that this cause of action is STAYED and administratively (statistically) closed. The parties may move to reinstate the case on the court's active docket at such time in the future as deemed appropriate. A copy of this order shall be attached as an exhibit to any motion to reinstate.

Signed at Houston, Texas on October 3, 2018.

_____
Gray H. Miller
United States District Judge