UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEUNG PAIK, Derivatively on Behalf of BELLICUM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD A. FAIR, ALAN A. MUSSO, JAMES BROWN, FRANK B. MCGUYER, REID M. HUBER, JON P. STONEHOUSE, STEPHEN R. DAVIS, JAMES M. DALY, and KEVIN M. SLAWIN, <br><br> Defendants, <br><br> and <br><br> BELLICUM PHARMACEUTICALS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 4:18-cv-02513 <br><br> Judge Alfred H. Bennett <br><br> **ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS AND APPOINTING CO-LEAD AND LIAISON COUNSEL** |

[Caption continued on next page]

| | |
|---|---|
| SCOTT LUDOVISSY and ANN GORDON TRAMMELL, Derivatively on Behalf of BELLICUM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD A. FAIR, THOMAS J. FARRELL, ALAN A. MUSSO, ANNEMARIE MOSELEY, JAMES F. BROWN, JAMES M. DALY, STEPHEN R. DAVIS, REID M. HUBER, JON P. STONEHOUSE, FRANK B. MCGUYER, and KEVIN M. SLAWIN, <br><br> Defendants, <br><br> and <br><br> BELLICUM PHARMACEUTICALS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 4:19-cv-02450 <br><br> Judge David Hittner |

This matter having come before the Court on Plaintiffs' Motion to Consolidate Related Derivative Actions and Appoint Co-Lead and Liaison Counsel ("Motion"), and after considering Plaintiffs' Motion and all papers and arguments in support and in opposition thereto, and good cause appearing, the Court hereby **GRANTS** Plaintiffs' Motion and **ORDERS** as follows:

1. The following actions are hereby related and consolidated for pre-trial proceedings:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Paik v. Fair, et al.* | 4:18-cv-02513 | July 19, 2018 |
| *Ludovissy v. Fair, et al.* | 4:19-cv-02450 | July 8, 2019 |

2. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE BELLICUM PHARMACEUTICALS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 4:18-cv-02513<br><br>(Consolidated with Case No. 4:19-cv-2450) |
| This Document Relates To: | |

3. The files of these consolidated actions shall be maintained in one file under Master Docket No. 4:18-cv-02513.

4. Upon the consolidated, this action shall remain stayed consistent with the Court's order dated October 3, 2018, filed in the *Paik* Action ("Stay Order"). Docket No. 11. Notwithstanding the Stay Order, Plaintiffs shall be permitted to file a consolidated complaint during the pendency of the stay, and Defendants shall be under no obligation to respond to any such complaint while the actions are stayed, unless otherwise ordered by the Court.

5. Co-Lead Counsel for Plaintiffs for the conduct of the consolidated actions are:

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
michaelf@johnsonfistel.com

Frank J. Johnson
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonfistel.com

**ROBBINS ARROYO LLP**
Brian J. Robbins
Felipe J. Arroyo
Shane P. Sanders
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

6. Plaintiffs' Co-Lead Counsel shall have the authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative effort.

7. Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Plaintiffs' Co-Lead Counsel.

8. Liaison Counsel for Plaintiffs for the conduct of these consolidated actions is:

**KENDALL LAW GROUP, PLLC**
Joe Kendall
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com

9. Plaintiffs' Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Liaison Counsel too shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

10. Defendants' counsel may rely upon all agreements made with any of Plaintiffs' Co-Lead Counsel, or any other duly authorized representative of Plaintiffs' Co-Lead Counsel, and such agreements shall be binding on Plaintiffs.

11. Unless otherwise altered, this Order shall apply to each derivative case arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to, or transferred to this Court.

12. When a case which properly belongs as part of *In re Bellicum Pharmaceuticals, Inc. Stockholder Derivative Litigation*, Lead Case No. 4:18-cv-02513, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of *In re Bellicum Pharmaceuticals, Inc. Stockholder Derivative Litigation*, Lead Case No. 4:18-cv-02513, and counsel are to assist in ensuring that counsel in subsequent actions receive notice of this Order.

SO ORDERED this 26 th day of November, 2019:

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT COURT JUDGE