UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE BELLICUM PHARMACEUTICALS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 4:18-cv-02513<br><br>(Consolidated with Case No. 4:19-cv-2450) |
| This Document Relates To: | |

**ORDER AND FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

The Court grants the Unopposed Motion for Voluntary Dismissal filed by Plaintiffs Seung Paik, Scott Ludovissy and Ann Gordon Trammell. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted by Plaintiffs in this action are dismissed without prejudice, with each side to bear their own costs. This is a final judgment disposing of all claims and parties in this action and is appealable.

SIGNED this 11th day of August, 2020

_____
The Honorable Alfred H. Bennett
United States District Judge

1